IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARLTON LAMONT CHANEY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | Civil No. **13-cv-223-CJP** |
| ) | |
| **JAMES N. CROSS,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's Motion for Stay of Rule 59(e) Proceedings. **(Doc. 42).**

Through counsel, petitioner filed a Motion to Reconsider Pursuant to Fed.R.Civ.P. 59(e) at **Doc. 40**. Counsel has now been granted leave to withdraw. Petitioner asks the Court to stay this case and to refrain from ruling on his Rule 59(e) motion until he has been able to retain another attorney.

There is no right to counsel in a habeas corpus case. ***Pennsylvania v. Finley**, 481 U.S. 551, 555 (1987); *Lavin v. Rednour*, 641 F.3d 830, 833 (7th Cir. 2011)*. Therefore, the Court will not stay this case, and will rule on petitioner's Rule 59(e) motion in the ordinary course of business.

Petitioner's Motion for Stay of Rule 59(e) Proceedings **(Doc. 42)** is **DENIED.**

IT IS SO ORDERED.

DATE:  April 23, 2014.

                                                     s/ Clifford J. Proud
                                                   **CLIFFORD J. PROUD**
                                                   **UNITED STATES MAGISTRATE JUDGE**